AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

<div style="color:red">
FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 11, 2026**

SEAN F. McAVOY, CLERK
</div>

NICHOLAS R.,

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) ) ) | Civil Action No.   4:25-CV-05173-ACE |
| FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY, | ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑  other:    Defendant's motion to affirm, ECF No. 12, is GRANTED.
Plaintiff's motion to reverse, ECF No. 11, is DENIED.
Judgment is entered for the Defendant.

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☑  decided by Judge   ALEXANDER C. EKSTROM

Date:   8/11/2026                          *CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*